# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00467-CR

**Tremoin Dequinn Jackson, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
## NO. 56820, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due December 22, 2005.  The time for filing was extended to February 6, 2006, on the motion of appellant's appointed attorney, Mr. Anthony Smith. The brief has not been received and counsel did not respond to this Court's notice that the brief is overdue.

The appeal is abated.  The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned the appeal. Tex. R. App. P. 38.8(b)(2).  The court shall make appropriate findings and recommendations.  If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this cause.  A record from this hearing, including copies of all findings and orders and a transcription of

the court reporter's notes, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than March 31, 2006.  Rule 38.8(b)(3).

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Filed:   March 3, 2006

Do Not Publish